IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE HENDERSON | : CIVIL ACTION |
| v. | : |
| CITY OF PHILADELPHIA | : NO. 02-3165 |

### ORDER

AND NOW, this     day of June, 2002, upon consideration of plaintiff's motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. Plaintiff's petition to proceed *in forma pauperis* is **GRANTED**. Plaintiff's complaint shall be filed of record, summonses shall issue and the United States Marshal shall effect service of plaintiff's complaint in accordance with Fed.R.Civ.P. 4(c)(2).

2. The management track of this case shall be changed from "Special" to "Standard." See Civil Justice Expense and Delay Reduction Plan § 1:03(c). The Clerk shall modify the docket accordingly.

3. Counsel from the Employment Discrimination Panel shall be appointed to represent plaintiff **FORTHWITH** in accordance with this court's *Plaintiff's Employment Attorney Panel Program.*

S.J.