IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE HENDERSON : CIVIL ACTION

 vs. : NO. 02-3165

CITY OF PHILADELPHIA :

**ORDER**

     **AND NOW,** this    day of    , 2002, on plaintiff's motion, <u>MARC S. BRAGG</u> , Esq., of the Plaintiff's Employment Attorney Panel, is appointed to represent plaintiff. Plaintiff should contact the attorney within five days. The attorney's address and telephone number are:

     <u>MARC S. BRAGG, ESQ.</u>

     <u>122 SOUTH CHURCH STREET</u>

     <u>WEST CHESTER, PA 19382</u>

     <u>(484)-631-0092</u>

     NORMA L. SHAPIRO, Judge

Note: A description of the Plaintiff's Employment Attorneys Panel program is attached.