IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE HENDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 02-3165 |

### ORDER

AND NOW, this          day of December, 2002, it appearing that:

a. By Order of June 12, 2002, the court granted plaintiff leave to proceed *in forma pauperis* and directed that counsel from the Employment Discrimination Panel be appointed to represent plaintiff.

b. By Order of October 1, 2002, an attorney was appointed to represent plaintiff.

c. By letter of November 1, 2002, counsel for plaintiff advised that he had been unable to make contact his client until that date, that he was attempting to schedule a meeting with her, and assuming they were able to meet, he would file an amended complaint within two weeks.

d. A review of the docket indicates that no amended complaint has been filed.

It is therefore **ORDERED** that a hearing on the status of this matter will be held on Friday, **December 13, 2002** at **2:30 P.M.** in Courtroom 10-A, at which time the court will consider whether counsel should be permitted to withdraw or the action should be dismissed for lack of prosecution.

S.J.