IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE HENDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO.  02-3165 |

**ORDER**

AND NOW, this 24th day of December, 2002, it is **ORDERED** that a hearing will be held in this matter on **DECEMBER 31, 2002** at **10:00 A.M.** in Courtrtoom 10-A.

ATTEST:                                             or       BY THE COURT:


_____                              /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                           Norma L. Shapiro, J.