IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE HENDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 02-3165 |

## ORDER

AND NOW, this _____ day of December, 2002, following a hearing held this date, it is **ORDERED** that:

1. March S. Bragg, Esq., is granted leave to withdraw as counsel for plaintiff.

2. Plaintiff shall proceed *pro se*.  The docket shall be amended to add plaintiff's address:  6518 North 17th Street, Philadelphia, PA  19126.

3. Plaintiff is granted leave until **JANUARY 15, 2003** to respond to defendant's motion for more definite statement.

4. If plaintiff fails to file a response to defendant's motion, the court will dismiss this action without prejudice for lack of prosecution.

_____
S.J.