IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE HENDERSON : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA : NO. 02-3165

**ORDER**

AND NOW, this            day of January, 2003, it appearing that:

a. By Order of June 12, 2002, the court granted plaintiff leave to proceed *in forma pauperis* and directed that counsel from the Employment Discrimination Panel be appointed to represent plaintiff.

b. By Order of October 1, 2002, an attorney was appointed to represent plaintiff.

c. By Order of December 31, 2002, following a hearing held on that date, the court granted plaintiff's counsel leave to withdraw, directed that plaintiff should proceed *pro se*, and granted plaintiff leave until January 15, 2003, to respond to defendant's motion for more definite statement. The court further directed that plaintiff's failure to respond to defendant's motion would result in the dismissal of this action without prejudice for lack of prosecution.

d. A review of the docket indicates that plaintiff has not filed a response to defendant's motion for more definite statement.

It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for lack of prosecution.

_____
S.J.