IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE HENDERSON : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA : NO.  02-3165

## ORDER

AND NOW, this            day of January, 2003, it appearing that by Order of

January 22, 2003, the court dismissed this action without prejudice for lack of prosecution, it is

**ORDERED** that defendant's motion to dismiss, filed January 24, 2003 (Paper No. 13) is **DENIED AS**

**MOOT**.

`

_____
                                                                                              S.J.