IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE HENDERSON** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| **CITY OF PHILADELPHIA** | : | NO. 02-3165 |

## JUDGMENT

**AND NOW**, this           day of ,                    2006, judgment is hereby entered in favor of defendant City of Philadelphia and against plaintiff Denise Henderson in the amount of $841.75.

S/ Michael E. Kunz
**MICHAEL E. KUNZ**
**CLERK OF COURT**